**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CARL ARMON PERKINS**                                                                    **PLAINTIFF**

**V.**                                              **CASE NO. 5:24-CV-5111**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                        **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on December 4, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends reversing the decision of the ALJ and remanding the case to the Commissioner. More than fourteen days have passed since the Report and Recommendation was filed, and neither party filed objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 19th day of December, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE